FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2013

No. 04-13-00477-CV

Matthew D. **WHITMIRE**,
Appellant

v.

Joyce **GUERRA**, Vicky Barrow, Billie Harris and Rosalina Smith,
Appellee

From the 278th District Court, Walker County, Texas
Trial Court No. 26,139
Kenneth H. Keeling, Judge Presiding

# O R D E R

    The Appellant's Motion Requesting Suspension of Rules of Appellate Procedure is GRANTED.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2013.

_____
Keith E. Hottle
Clerk of Court